AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

GARY H. KIDGELL

Plaintiff

County of Santa Clara, County of Santa Clara Sheriffs Dept.; Unkown Deputy Sheriffs Sergant, Unkown Deputy Sheriffs, Dept. of Correction officers and Does 1 thru 50

Defendant

ADR

Civil Action No.

C08 03396 HRL

## Summons in a Civil Action

To: County of Santa Clara, County of Santa Clara Sheriffs Department, Unknown Deputy Sheriff Sergant, unknown Deputy sheriffs Dept. of Correction officers and Does 1 thru 50
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

GARY HOWARD KIDGELL
4280 ALBANY DRIVE # J213
San Jose, CA 95129

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 15 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*