ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and
COUNTY OF SANTA CLARA SHERIFF'S
DEPARTMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| GARY H. KIDGELL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA COUNTY SHERIFF'S DEPARTMENT; UNKNOWN DEPUTY SHERIFF SERGEANT, UNKNOWN DEPUTY SHERIFF'S DEPARTMENT CORRECTION OFFICERS and DOES 1-50, Inclusive,<br><br>Defendants. | No.: C08-03396 HRL<br><br>**DEFENDANTS' ANSWER TO COMPLAINT FOR BATTERY, EXCESSIVE FORCE, PUBLIC ENTITY AND EMPLOYEE LIABILITY, CIVIL RIGHTS VIOLATIONS, UNRUH ACT VIOLATIONS, DAMAGES**<br><br>**(DEMAND FOR JURY TRIAL)** |

Defendants, County of Santa Clara and County of Santa Clara Sheriff's Department, hereby answer Plaintiff's Complaint, and admit, deny, and allege as follows:

**JURISDICTIONAL ALLEGATIONS**

Answering the allegations of paragraph 1 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to these allegations and therefore deny these allegations.

Answering the allegations of paragraph 2 of the Complaint, Defendants admit the County of Santa Clara is a government entity and that the Santa Clara County Sheriff's

Department is a department of the County of Santa Clara. Defendants deny all other allegations.

Answering the allegations of paragraphs 3, 4, 5, 6 and 7 of the Complaint, Defendants deny these allegations.

**DAMAGES ALLEGATIONS**

Answering the allegations of paragraph 8 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations of paragraphs 9, 10 and 11 of the Complaint, Defendants deny these allegations.

**FACTUAL ALLEGATIONS**

Answering the allegations of paragraph 12 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations of paragraphs 13 and 14 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to these allegations and therefore deny these allegations.

Answering the allegations of paragraph 15 of the Complaint, Defendants admit Plaintiff was arrested in part for violating Penal Code § 647(f). Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations and therefore deny those allegations.

Answering the allegations of paragraph 16 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to these allegations and therefore deny these allegations.

Answering the allegations of paragraph 17 of the Complaint, Defendants admit Plaintiff arrived at the jail, entered the lower booking area, and was handcuffed to a chair. Defendants lack information or knowledge sufficient to form a belief as to the remaining allegations and therefore deny those allegations.

Answering the allegations of paragraph 18 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to these allegations and therefore deny

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

these allegations.

Answering the allegations of paragraph 19 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to these allegations and therefore deny these allegations.

Answering the allegations of paragraphs 20, 21 and 22, of the Complaint, Defendants deny these allegations.

Answering the allegations of paragraph 23 of the Complaint, Defendants admit Plaintiff was moved from one chair to another chair in the lower booking chair. Defendants deny all other allegations.

Answering the allegations of paragraph 24 of the Complaint, Defendants deny all these allegations.

**FIRST CAUSE OF ACTION FOR BATTERY BY PEACE OFFICER**

Answering the allegations contained in paragraph 25 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations of paragraphs 26, 27 and 28 of the Complaint, Defendants deny all these allegations.

**SECOND CAUSE OF ACTION FOR VIOLATION OF CIVIL RIGHTS**

Answering the allegations contained in paragraph 29 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 30, 31, 32, 33 and 34 of the Complaint, Defendants deny all these allegations.

**THIRD CAUSE OF ACTION FOR VIOLATION OF CALIFORNIA CIVIL CODE § 52.1 AGAINST ALL DEFENDANTS**

Answering the allegations contained in paragraph 35 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 36 and 37 of the Complaint, Defendants deny all these allegations.

Defendants deny Plaintiff is entitled to judgment, damages, penalties, attorney's fees or

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

costs of suit under any cause of action or in any manner.

**AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action and/or claim for relief.

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff was guilty of willful misconduct, carelessness and/or negligence in and about the matters alleged in the Complaint, and that said misconduct, carelessness and/or negligence was the sole cause and/or a substantial factor of any alleged injuries and/or damages.

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that the sole cause and/or substantial factor of any alleged injuries or damages was the negligence and/or intentional conduct of persons, or entities for which Defendants have no responsibility and that Plaintiff's recovery, if any, from any answering Defendant should therefore be barred or reduced to the extent of said parties' conduct.

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff has failed to mitigate his alleged damages.

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants are informed and believe, and thereon allege that Plaintiff, with full appreciation of the particular risks involved, nevertheless knowingly and voluntarily assumed the risk of the activity complained of and the damages, if any, resulting therefrom.

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that their conduct or the conduct of any agents and/or employees, was at all times privileged and/or justified under the facts and circumstances.

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff has failed to comply with the provisions of the California Tort Claims Act.

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that at all times they or their agents and/or employees acted without malice and with a good faith belief in the propriety of their conduct, and performed and discharged in good faith each and every duty and/or obligation, if any, owed to Plaintiff.

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that any conduct by them or their agents and/or employees was reasonable, proper, legal and in substantial compliance with all applicable regulations, codes, statutes and/or ordinances.

AS AND FOR AN TENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that any acts and/or omissions on the part of them or their agents and/or employees were subjectively and/or objectively reasonable so as to entitle Defendants and/or their employees to absolute or qualified immunity based upon applicable federal and state law for any acts and/or omissions as alleged.

AS AND FOR AN ELEVENTH SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff has failed to plead any alleged custom, policy or practice as being the alleged cause of any deprivation of his constitutional rights.

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff's claims are barred by the appropriate statute of limitations as set forth in the Code of Civil Procedure, and that Plaintiff has pled no facts or circumstances tolling said statute.

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants assert each and every defense and immunity afforded to them by California Government Code § 800-1000, and any other statutorily or judicially prescribed defenses or immunities set forth in federal and state law, including but not limited to §§ 815, 815.2, 818, 818.2, 818.8, 820.2, 820.4 and 820.8.

WHEREFORE, Defendants pray that Plaintiff take nothing by way of the Complaint, that Defendants have judgment entered against Plaintiff for their cost of suit, and for such other and further relief as the Court may deem just and proper.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

**DEMAND FOR JURY TRIAL**

All Defendants hereby demand a jury trial in this action.

Dated: July 25, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: /S/
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and
COUNTY OF SANTA CLARA
SHERIFF'S DEPARTMENT

136402.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

**DEMAND FOR JURY TRIAL**

All Defendants hereby demand a jury trial in this action.

Dated: July 28, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: /S/
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and
COUNTY OF SANTA CLARA
SHERIFF'S DEPARTMENT

136402.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Kidgell v. County of Santa Clara, et al.* No. 08-03396

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DEFENDANTS' ANSWER TO COMPLAINT FOR BATTERY, EXCESSIVE FORCE, PUBLIC ENTITY AND EMPLOYEE LIABILITY, CIVIL RIGHTS VIOLATIONS, UNRUH ACT VIOLATIONS, DAMAGES,** by placing said copy in an envelope addressed to:

which envelope was then sealed, with postage fully prepaid thereon, on **July 28, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 28, 2008,** at San Jose, California.

Anna Marie B. Espiritu

Anna Marie B. Espiritu

136675.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California