

# PROOF OF SERVICE OF SUMMONS

*Attorney or Party without Attorney:*
...ELL
... DRIVE #J213
..., CA 95129
...one No: 408-469-2060

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT

Plaintiff: KIDGELL
Defendant: COUNTY OF SANTA CLARA

Case Number: C0803396-HRL

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges Of The Northern District Of California; Standing Order Regarding Case Management In Civil Cases; Consenting To A Magistrate Judge's Jurisdiction; Dispute Resolution Procedures; Adr Information; Ecf Registration Information Handouts; Notice Of Electronic Availability; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Adr Instructions; Adr Certification By Parties And Counsel; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge; Contents; Joint Case Management Statement; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge; Notice Of Need For Adr Phone Conference; General Order

3. a. Party served: COUNTY OF SANTA CLARA
   b. Person served: PHYLLIS PEREZ, COUNTY CLERK

4. Address where party was served: 70 W. HEDDING STREET 10TH FLOOR, SAN JOSE, CA

5. I served: b. by substituted service. On: Wed., Jul. 16, 2008 at: 3:50PM by leaving the copies with or in the presence of: CHRTISNA MENDEZ
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   ...aration of mailing is attached.
   (...) a declaration of diligence stating actions taken first to attempt personal service.
   ...e to the Person Served" (on the Summons) was completed as follows:
   ...individual defendant

6. Who Served Papers:
   THOMAS J BOWMAN JR.
   STERLING MADISON COMPANY
   120 RACE STREET
   SAN JOSE, CA 95126
   408-295-3300, FAX 408-491-9772

   d. The Fee for Service was: $65.00
   Recoverable Cost Per CCP 1033.5(a)
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:
      (iii) County:

8. I declare under penalty of perjury under the laws of the State of California

Date: Thu, Jul. 17, 2008

PROOF OF SERVICE OF SUMMONS

Judicial Council Form POS-010
Rev January 1, 2007

*For Court Use Only*

*without Attorney:*
...ELL
...Y DRIVE #J213
...E, CA 95129
...ne No: 408-469-2060

Ref. No. or File No.:

**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT

*Plaintiff:* KIDGELL
*Defendant:* COUNTY OF SANTA CLARA

**PROOF OF SERVICE OF SUMMONS**

*Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C0803396 - HRL

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Standing Order For All Judges Of The Northern District Of California; Standing Order Regarding Case Management In Civil Cases; Consenting To A Magistrate Judge's Jurisdiction; Dispute Resolution Procedures; Adr Information; Ecf Registration Information Handout; General Orders; Notice Of Electronic Availability; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Adr Instructions; Adr Certification By Parties And Counsel; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge; Contents Of Joint Case Management Statement; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge; Notice Of Need For Adr Phone Conference; General Order

3. a. *Party served:* COUNTY OF SANTA CLARA
   b. *Person served:* PHYLLIS PEREZ
                       COUNTY CLERK

4. *Address where the party was served:* 70 W. HEDDING STREET 10TH FLOOR
                                         SAN JOSE, CA

5. *I served the party:*
   b. **by substituted service.** On: Wed., Jul. 16, 2008 at: 3:50PM by leaving the copies with or in the presence of:
      CHRTISNA MENDEZ
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THOMAS J BOWMAN JR.               d. **The Fee** *for Service was:* $65.00
   b. **STERLING MADISON COMPANY**      e. I am: (3) registered California process server
      120 RACE STREET                         (i) Owner
      SAN JOSE, CA 95126                      (ii) *Registration No.:*  25
   c. 408-295-3300, FAX 408-491-9772         (iii) *County:*  Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jul. 17, 2008                        *(THOMAS J BOWMAN JR.)*  4692060.31299

   **PROOF OF SERVICE OF SUMMONS**

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

*For Court Use Only*

**Attorney or Party without Attorney:**
GARY KIDGELL
4280 ALBANY DRIVE #J213
SAN JOSE, CA 95129
Telephone No: 408-469-2060      FAX No:      Ref. No or File No.:

**Attorney for:** Plaintiff

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT

**Plaintiff:** KIDGELL
**Defendant:** COUNTY OF SANTA CLARA

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: C0803396 - HRL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Standing Order For All Judges Of The Northern District Of California; Standing Order Regarding Case Management In Civil Cases; Consenting To A Magistrate Judge's Jurisdiction; Dispute Resolution Procedures; Adr Information; Ecf Registration Information Handout; General Orders; Notice Of Electronic Availability; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Adr Instructions; Adr Certification By Parties And Counsel; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge; Contents Of Joint Case Management Statement; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge; Notice Of Need For Adr Phone Conference; General Order

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Jul. 17, 2008
   b. Place of Mailing: SAN JOSE, CA 95126
   c. Addressed as follows: COUNTY OF SANTA CLARA
      70 W. HEDDING STREET 10TH FLOOR
      SAN JOSE, CA

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 17, 2008 in the ordinary course of business.

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

5. Person Serving:
   a. THOMAS J BOWMAN JR.
   b. STERLING MADISON COMPANY
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   d. **The Fee** for Service was: $65.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 25
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 17, 2008

PROOF OF SERVICE By Mail

THOMAS J BOWMAN JR    4692060.1299

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007