1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
2 | RIMA H. SINGH, Deputy County Counsel (S.B. #100244)
  | OFFICE OF THE COUNTY COUNSEL
3 | 70 West Hedding, East Wing, 9th Floor
  | San Jose, California  95110-1770
  | Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
  | COUNTY OF SANTA CLARA and
6 | COUNTY OF SANTA CLARA SHERIFF'S
  | DEPARTMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| GARY H. KIDGELL, | No.  C08-03396 JW (HRL) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |
| v. | |
| COUNTY OF SANTA CLARA et. al., | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5).

The parties agree to hold the ADR session within 120 days of the Case Management Conference.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                   1                    No. C08-03396

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

                                                    ANN MILLER RAVEL
                                                    County Counsel

Dated: September 2, 2008          By:          /S/
                                                              RIMA SINGH
                                                              Deputy County Counsel

                                                              Attorneys for Defendants
                                                              COUNTY OF SANTA CLARA and
                                                              COUNTY OF SANTA CLARA
                                                               SHERIFF'S DEPARTMENT

Dated: October ___, 2008          By:          /S/
                                                               NORMAN NEWHOUSE

                                                              Attorney for Plaintiff
                                                              GARY H. KIDGELL

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation (ENE).

Deadline for ADR session ___March 24, 2009_____.

IT IS SO ORDERED.

Dated: Nov. 20, 2008                                        /s/ James Ware
                                                              JAMES WARE
                                                              United States District Judge

149139.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                2                No. C08-03396