IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kidgell,<br><br>       Plaintiff,<br>  v.<br><br>County of Santa Clara, et al.,<br><br>       Defendants. | NO. C 08-03396 JW<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

This case was scheduled for a Preliminary Pretrial Conference on June 15, 2009. However, in light of Plaintiff's pending deadline to file Notice of Identification of Substitute Counsel or Notice of Self Representation, the Court CONTINUES the Preliminary Pretrial Conference to **July, 6 2009 at 11 a.m.** The parties shall meet and confer and file a Joint Case Management Conference Statement on or before **June 26, 2009.** The Statement shall include, among other things, the parties proposed trial schedule.

Dated: June 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Norman Charles Newhouse norm@normannewhouse.com
Rima Harbans Singh rima.singh@cco.sccgov.org

Gary Kidgwell
854 Harrison St., Unit B
Santa Clara, CA 95050

**Dated: June 10, 2009**                                **Richard W. Wieking, Clerk**

                                           **By:     /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California