IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kidgell, | NO. C 08-03396 JW |
| Plaintiff, | **ORDER VACATING HEARING ON IDENTIFICATION OF COUNSEL** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

On June 29, 2009, the parties are scheduled to appear for a hearing on Plaintiff's Notice of Identification of Substitute Counsel or Notice of Self-Representation. (See Docket Item No. 27.) Pursuant to the Court's May 6, 2009 Order, Plaintiff had an obligation to notify the Court of the proper identification of counsel by June 19, 2009 and to appear on June 29, 2009 to put such notice on the record. (Id.) On June 24, 2009, the Court received a Notice of Intent of Self-Representation from Plaintiff. Accordingly, the Court VACATES the June 29, 2009 hearing.

The parties shall appear for the Preliminary Pretrial Conference previously set for **July 6, 2009 at 11 a.m.** The parties are ordered to meet and confer and file a Joint Preliminary Pretrial Statement on or before **June 30, 2009.**

Dated: June 24, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Neysa A. Fligor neysa.fligor@cco.sccgov.org
Norman Charles Newhouse norm@normannewhouse.com
Rima Harbans Singh rima.singh@cco.sccgov.org

Gary Kidwell
854 Harrison St., Unit B
Santa Clara, CA 95050


**Dated:   June 24, 2009**                                  **Richard W. Wieking, Clerk**


                                         **By:  /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**