Gary Howard Kidgell
228 Spuce St.
Wichita, KS 67214
Telephone: 415-828-0565

Plaintiff
GARY KIDGELL

**FILED**

JUN 25 2009

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HOWARD KIDGELL, | ) Case No.: C0803396 JW |
| Plaintiff, | ) |
| v. | ) |
| CITY OF SANTA CLARA, ET AL., | ) **NOTICE OF SELF REPRESENTATION** |
| Defendants. | ) |

Plaintiff, GARY KIDGELL, hereby notifies The United States District Court, that plaintiff in the above and title case will be self-representing in Pro Per.

Date: June 19, 2009

/s/ Gary Kidgell
GARY KIDGELL

- 1

SUBSTITUTION OF ATTORNEYS

**IT IS SO ORDERED**

Date: ___June 25_____, 2009     _____*James Ware*_____
                                       JAMES WARE
                                       UNITED STATES DISTRICT COURT JUDGE

SUBSTITUTION OF ATTORNEYS