1   MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
    NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, Ninth Floor
3   San Jose, California  95110-1770
    Telephone:  (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendants
    COUNTY OF SANTA CLARA and
6   COUNTY OF SANTA CLARA SHERIFF'S
    DEPARTMENT
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                            (SAN JOSE)

11

12   GARY H. KIDGELL,                    )   Case No. C 08-03396 JW
                                         )
13            Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                         )   SEEKING REMOVAL FROM ADR
14   v.                                  )   PROCESS
                                         )
15   COUNTY OF SANTA CLARA, et al.,      )
                                         )
16            Defendants.                )
                                         )
17   _____)

18          IT IS HEREBY STIPULATED between the parties, plaintiff Gary Kidgell and

19   defendant, the County of Santa Clara, that:

20          1.     On October 16, 2008, the parties filed a stipulation and proposed order with the

21   Court requesting to participate in an Early Neutral Evaluation ("ENE") ADR process.

22          2.     On Monday, July 20, 2009, the parties participated in an ENE conference held by

23   Robin W. Siefkin, ADR Program Staff Attorney, to discuss the status of the case and whether

24   the parties were still interested in moving forward with ENE.

25          3.     At this time, based on the status of the case, the parties agree that their

26   participation in ENE or any other form of ADR would not be appropriate or valuable.

27   / / /

28   / / /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Seeking Removal from ADR Process                     1                          C08-03396 JW

1    Consequently, the parties request to be removed from the Court's ADR program.

2    **IT IS SO STIPULATED**:

3

4    Date: July ___, 2009                    _____
                                             GARY H. KIDGELL
5                                            Plaintiff, in pro per

6

7    Date: July 27, 2009                     _____
                                             NEYSA A. FLIGOR
8                                            Deputy County Counsel

9                                            Attorneys for Defendants
                                             COUNTY OF SANTA CLARA and COUNTY OF
10                                           SANTA CLARA SHERIFF'S DEPARTMENT

11                                    **ORDER**

12          Pursuant to the above stated stipulation of the parties, the above-captioned matter is

13   removed from the Court's ADR program.

14   **IT IS SO ORDERED.**

15
     Dated: _____          _____
16                                             HONORABLE JAMES WARE
                                               UNITED STATES DISTRICT COURT JUDGE
17

18   197926.wpd

19

20

21

22

23

24

25

26

27

28

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Seeking Removal from ADR Process          2          C08-03396 JW

1    Consequently, the parties request to be removed from the Court's ADR program.

2    IT IS SO STIPULATED:

3

4    Date: July 27, 2009                         GARY H. KIDGELL
                                                  Plaintiff, in pro per
5

6

7    Date: July 17, 2009                         NEYSA A. PLIGOR
                                                  Deputy County Counsel
8

9                                                Attorneys for Defendants
                                                 COUNTY OF SANTA CLARA and COUNTY OF
10                                               SANTA CLARA SHERIFF'S DEPARTMENT

11                                    ORDER

12        Pursuant to the above stated stipulation of the parties, the above-captioned matter is

13   removed from the Court's ADR program.

14   IT IS SO ORDERED.   The parties may make a renewed request of the Court to proceed with an
                         ADR program should the parties find it beneficial at a later stage of the case.
15   Dated:    July 29, 2009

16                                               HONORABLE JAMES WARE
                                                 UNITED STATES DISTRICT COURT JUDGE
17

18   1404426.wpd

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

**PROOF OF SERVICE BY MAIL**

*GARY H. KIDGELL v. COUNTY OF SANTA CLARA et al.*

Case No. C 08-03396 JW

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **STIPULATION AND [PROPOSED] ORDER SEEKING REMOVAL FROM ADR PROCESS** by placing said copy in an envelope addressed to:

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214

which envelope was then sealed, with postage fully prepaid thereon, on **July 27, 2009,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 27, 2009,** at San Jose, California.

Alexandra K. Weight
_____
Alexandra K. Weight

198081.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                    1                    C 08-03396 JW