*E-FILED 7/31/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY HOWARD KIDGELL,<br><br>    Plaintiff,<br> v.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA SHERIFF'S DEPT.;<br>UNKNOWN DEPUTY SHERIFF SERGEANT;<br>UNKNOWN DEPUTY SHERIFFS DEPARTMENT CORRECTION OFFICERS;<br>DOES 1-50,<br><br>    Defendants.<br>_____/ | No. C08-03396 JW (HRL)<br><br>**INTERIM ORDER RE PLAINTIFF'S DISCOVERY MOTIONS** |

On July 28, 2009 and July 30, 2009, pro se plaintiff Gary Kidgell filed two discovery motions seeking (a) an electronic copy of his February 5, 2009 deposition; and (b) the names and badge numbers of officers who appear on certain video surveillance.

Although plaintiff failed to notice a hearing date, these motions have been set for hearing on **September 1, 2009, 10:00 a.m. in Courtroom 2**. Defendants' opposition is due **August 11, 2009**. Plaintiff's reply is due **August 18, 2009**. See Civ. L.R. 7.

Nonetheless, plaintiff is advised that before filing a discovery motion with the court, he is obliged to meet-and-confer with opposing counsel to attempt to resolve all issues. Civ. L.R. 37-1(a). Plaintiff's motions do not indicate whether he has engaged in any meet-and-confer with opposing counsel over the requested discovery. Accordingly, **no later than August 7,**

**2009**, plaintiff shall file a letter with the court detailing (a) what, if any, efforts he has made to resolve the discovery disputes before seeking this court's intervention; and (b) the results of those negotiations.

SO ORDERED.

Dated: July 31, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-03396-JW Notice has been electronically mailed to**:

David Michael Rollo     david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Neysa A. Fligor     neysa.fligor@cco.sccgov.org

Rima Harbans Singh     rima.singh@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:03-cv-852 Notice mailed to:**

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214