Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214
Telephone: 415-282-0565
e-mail gkidgell@sbcglobal.net

GARY KIDGELL
Plaintiff



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| GARY HOWARD KIDGELL, | ) Case No.: C 08-03396 JW |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CHANGING SCHEDULING ORDER |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

    Plaintiff Gary Kidgell and counsel for the defendant, the County of Santa Clara, have met and conferred regarding discovery requests. The parties are in the process of responding to discovery served on each party. Based on the discovery served to date, the parties anticipate that they will need to conduct additional discovery. The parties agree, however, that the current date for the close of discovery, September 14, 2009, is not sufficient time to conduct and complete discovery in this case. Therefore, the parties stipulate and respectfully request an Order changing the current Scheduling Order to the proposed schedule below for the following reasons:

1. The County has requested the deposition of the Plaintiff's wife, who resides outside of California. Plaintiff has informed the County that his wife is planning to be in California in October 2009. The parties agree that taking her deposition during that time would be more convenient for the parties and possibly the witness.

1

**Stipulation and [Proposed] Order Changing Scheduling Order**

2. Both parties are in the process of responding to discovery requests, but anticipate that they will need more time to complete these responses and also to serve additional discovery.
3. The current date for the close of discovery is September 14, 2009, which the parties agree is not sufficient time to conduct and complete discovery in this case in a reasonable and orderly fashion.

The Parties propose the following modified case schedule.

### [PROPOSED] CASE SCHEDULE

Close of All Discovery                       October 30, 2009

Last Date for Hearing Dispositive Motions    December 14, 2009 at 9 a.m.
(60 days after Close of All Discovery)

Date: August 17, 2009

_____
GARY KDIGELL, Plaintiff

Date: August 17, 2009

_____
NEYSA A. FLIGOR
Deputy County Counsel

Attorney for Defendant
COUNTY OF SANTA CLARA

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated: September 1, 2009

_____
THE HONORABLE JAMES WARE
United States District Court Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Neysa A. Fligor, neysa.fligor@cco.sccgov.org
David Michael Rollo, david.rollo@cco.sccgov.org
Rima Harbans Singh, rima.singh@cco.sccgov.org

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214

**Dated:  September 1, 2009**                                     **Richard W. Wieking, Clerk**

                                                   **By:      /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**