IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Howard Kidgell, | NO. C 08-03396 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| County of Santa Clara, et al., | |
| Defendants. | |

On December 7, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Preliminary Pretrial Conference Statement. (hereafter, "Statement," Docket Item No. 59.) In their Statement, the parties represent that County Defendants intend to file a motion for summary judgment to be heard on March 8, 2010. Based on their joint submission, the Court finds that this case is not yet ready for a trial schedule.

Accordingly, the Court CONTINUES the conference and ORDERS as follows:

(1) On **March 8, 2010 at 9 a.m.**, the parties shall appear for a hearing on County Defendants' anticipated motion for summary judgment. Defendants shall notice their Motion accordance with the Civil Local Rules of the Court.

(2) The Court will conduct a Preliminary Pretrial Conference at 11 a.m., following the hearing on the anticipated Motion. On or before **February 26, 2010**, the parties shall file their Joint Preliminary Pretrial Conference Statement. The Statement shall include the parties' proposed trial schedule and an update on any settlement efforts.

Dated: December 2, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Neysa A. Fligor neysa.fligor@cco.sccgov.org
Rima Harbans Singh rima.singh@cco.sccgov.org

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214


**Dated: December 2, 2009**     **Richard W. Wieking, Clerk**


**By:    /s/ JW Chambers**
   **Elizabeth Garcia**
   **Courtroom Deputy**