NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY HOWARD KIDGELL,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA SHERIFF'S DEPT.; COUNTY OF SANTA CLARA OFFICERS WHEELER #2595, QUIRO #2705, CUNNINGHAM #2699, TAIARIOL #2701, ROGGY #2365, ROHDES #1712, HELIKSON #2016, ASBAN #1939, DEPUTY MORIN #0321; DEPARTMENT OF CORRECTION STAFF LOUELLA MANZANO AND DOES 1 through 50,<br><br>    Defendants.<br>_____/ | No. C08-03396 JW (HRL)<br><br>**INTERIM ORDER RE DEFENDANT COUNTY OF SANTA CLARA'S MOTION TO COMPEL** |

Defendant County of Santa Clara ("County") moves for an order compelling pro se plaintiff Gary Kidgell to produce documents. This court has not received any opposition to that motion. And, based on the County's reply papers, it appears that there is no dispute as to whether and what documents should be produced. The only question is *when* plaintiff should produce (or should have already produced) them. This court finds the matter suitable for disposition without oral argument, and the March 2, 2010 motion hearing is vacated. Civ. L.R. 7-1(b). No later than **March 1, 2010**, the County shall file a status report either (a) identifying the specific documents that remain outstanding or (b) confirming that the matter has been

resolved and that the motion is moot. Assuming that the matter is not resolved, the motion will then be deemed submitted on the papers.

SO ORDERED.

Dated: February 22, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-03396-JW Notice electronically mailed to:

2  David Michael Rollo    david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

3  Neysa A. Fligor    neysa.fligor@cco.sccgov.org

4  Rima Harbans Singh    rima.singh@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:08-cv-03396-JW Notice mailed to:

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214

    Pro Se Plaintiff