**\*E-FILED 03-02-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY HOWARD KIDGELL, | No. C08-03396 JW (HRL) |
| Plaintiff, | **ORDER GRANTING DEFENDANT COUNTY OF SANTA CLARA'S MOTION TO COMPEL** |
| v. | |
| COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA SHERIFF'S DEPT.; COUNTY OF SANTA CLARA OFFICERS WHEELER #2595, QUIRO #2705, CUNNINGHAM #2699, TAIARIOL #2701, ROGGY #2365, ROHDES #1712, HELIKSON #2016, ASBAN #1939, DEPUTY MORIN #0321; DEPARTMENT OF CORRECTION STAFF LOUELLA MANZANO AND DOES 1 through 50, | **[Re: Docket No. 62]** |
| Defendants. | |

Defendant County of Santa Clara ("County") moves for an order compelling pro se plaintiff Gary Kidgell to produce documents. This court has not received any opposition to that motion. And, on February 22, 2010, this court issued an interim order (Docket No. 78) (a) directing the County to file a status report on March 1, 2010 as to the discovery sought; and (b) stating that the matter would then be deemed submitted on the papers.

As noted in this court's interim order, it appears that there is no dispute as to whether and what documents should be produced. The only question is *when* plaintiff should produce (or should have already produced) them. The County reports that plaintiff still has not produced

1 the promised documents that he reportedly agreed to provide by January 27, 2010 and February
2 28, 2010.  Accordingly, the County's motion is granted as follows:   within ten days from the
3 date of this order, plaintiff shall produce the outstanding documents responsive to the County's
4 requests — i.e., his email communications with his clients and his 2006, 2007 and 2008 tax
5 returns.

6     SO ORDERED.

7 Dated:    March 2, 2010

8 _____
9 HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1 | 5:08-cv-03396-JW Notice electronically mailed to:

2 | David Michael Rollo     david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

3 | Neysa A. Fligor     neysa.fligor@cco.sccgov.org

4 | Rima Harbans Singh     rima.singh@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:08-cv-03396-JW Notice mailed to:

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214

       Pro Se Plaintiff