1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10  Gary Howard Kidgell,                           NO. C 08-03396 JW

11               Plaintiff,              **ORDER CONTINUING PRELIMINARY**
        v.                               **PRETRIAL CONFERENCE; SETTING**
12                                       **DEADLINE FOR PLAINTIFF'S COUNSEL**
    County of Santa Clara, et al.,       **TO COMPLETE APPLICATION FOR**
13                                       **ADMISSION PRO HAC VICE**
               Defendants.
14                                        /

15          Presently before the Court is Plaintiff's request for a further continuance of the Preliminary

16  Pretrial Conference that is currently set for June 28, 2010.[1]

17          On June 17, 2010, the Court issued an Order Continuing Preliminary Pretrial Conference

18  from June 21 to June 28, 2010 so that Plaintiff could complete the process of securing counsel for

19  this case.  (Docket Item No. 95.)  In his Request for Further Continuance, Plaintiff represents that he

20  has successfully secured counsel, but that he still requires additional time for his counsel to complete

21  an application for admission pro hac vice.  (Request for Further Continuance at 2.)  Based on

22  Plaintiff's representations, the Court finds good cause to provide Plaintiff with one final brief

23  continuance.  Accordingly, the Court GRANTS Plaintiff's Request for Further Continuance and

24  orders as follows:

25          (1)    On **July 19, 2010 at 11 a.m.**, the parties shall appear for a Preliminary Pretrial

26                 Conference.  No further extensions of time will be granted for this Conference.

27  _____

28       [1]  (Plaintiff's Request for an Extension of the Preliminary Pretrial Conference, hereafter,
    "Request for Further Continuance," Docket Item No. 97.)

**United States District Court**
For the Northern District of California

(2)    On or before **July 9, 2010**, Plaintiff shall file his Preliminary Pretrial Conference Statement.  Since Defendants have already submitted their Statement, it is not necessary for them to submit another Statement jointly with Plaintiff.  Plaintiff's Statement shall include, among other things, a proposed trial schedule.

(3)    On or before **July 2, 2010**, Plaintiff's counsel shall complete his application for admission pro hac vice.

The Court finds that any further continuances would cause undue delay and prejudice Defendants.  Accordingly, Plaintiff is on notice that this is a final continuance whether or not he secures counsel or his counsel completes the appropriate paper work to be admitted to this Court.  It is up to Plaintiff to prosecute his case.

Dated:  June 24, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Michael Rollo david.rollo@cco.sccgov.org
Neysa A. Fligor neysa.fligor@cco.sccgov.org
Rima Harbans Singh rima.singh@cco.sccgov.org

Gary Howard Kidgell
228 Spruce Street
Wichita, KS 67214


**Dated:  June 24, 2010**                              **Richard W. Wieking, Clerk**


                                                        **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California