1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   OFFICERS WHEELER, QUIRO,
6  CUNNINGHAM, TAIARIOL, LOPEZ,
   MORIN, ROGGY, RHODES, HELIKSON,
7  AND ASBAN

8  SAYURI K. SHARPER (S.B. #232331)
   PRO BONO PROJECT SILICON VALLEY
9  480 N. First Street
   San Jose, CA 95112
10 Telephone:  (408) 998-5298
   Facsimile:  (408) 971-9672
11
   Attorney for Plaintiff Gary H. Kidgell
12

*IT IS SO ORDERED*
*Judge James Ware*
2/15/2011

14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16                    SAN JOSE DIVISION

| | |
|---|---|
| GARY H. KIDGELL,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No.: C 08-03396 JW<br><br>**STIPULATION AND REQUEST FOR ORDER CHANGING TIME FOR IN LIMINE MOTIONS** |

   Plaintiff Gary H. Kidgell ("Plaintiff") and Defendants Sergeants Joseph Lopez and

Michael Morin, and Officers Elmer Wheeler, Jon Quiro, Andrew Cunningham, Anthony Taiariol,

Robert Roggy, Lynda Rhodes, Myrna Helikson, and Michelle Asban ("Defendants") respectfully

submit this stipulated Request for Order Changing Time for In Limine Motions, and jointly

1  request this Court to reset the due date for any in limine motions to March 25, 2011.  The
2  opposition briefs are to be filed in writing and served no later than ten (10) days after the opening
3  briefs have been filed and served.  This Stipulation is supported by the Declaration of Sayuri K.
4  Sharper which is filed herewith.

## DECLARATION OF SAYURI SHARPER IS SUPPORT OF REQUEST

6        I, Sayuri K. Sharper, declare as follows:

7        1.    I am a volunteer attorney at Pro Bono Project Silicon Valley, and am licensed to
8  practice in all the courts of the State of California.  I represent Plaintiff Gary H. Kidgell.

9        2.    The parties jointly request this Court to reset the due date for in limine motions to
10  March 25, 2011 in consideration for Plaintiff's Counsel's vacation schedule.

11        3.    According to the Preliminary Pretrial Conference Scheduling Order (Docket Item
12  No. 113), the in limine motions are due on April 1, 2011, and the opposition briefs are due ten (10)
13  days thereafter.

14        4.    As set forth in the parties' Joint Preliminary Pretrial Conference Statement (Docket
15  Item No. 112), Plaintiff's Counsel is on vacation from April 6 through 22, 2011.

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

5. The current schedule does not permit Plaintiff's Counsel adequate time to draft and file opposition briefs if Defendants file in limine motions on April 1, 2011. Changing the due date to March 25, 2011 will cure this problem, with no impact to the rest of the trial schedule as outlined in this Court's Scheduling Order.

DATED: February 11, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
Acting County Counsel

By:     /S/    .
NEYSA A. FLIGOR
Deputy County Counsel

Attorneys for Defendants
OFFICERS WHEELER, QUIRO, CUNNINGHAM, TAIARIOL, LOPEZ, MORIN, ROGGY, RHODES, HELIKSON, AND ASBAN

DATED: February 11, 2011      PRO BONO PROJECT SILICON VALLEY

By:   /s/ Sayuri K. Sharper
Sayuri K. Sharper
Attorney for Plaintiff Gary H. Kidgell

**ORDER**

Pursuant to the above stated stipulation by the parties, the due date for in limine motions is reset to March 25, 2011. All other dates set forth in the Court's Preliminary Pretrial Conference Scheduling Order remain the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 15, 2011

THE HONORABLE JAMES WARE
United States District Court Judge