MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
OFFICERS WHEELER, QUIRO,
CUNNINGHAM, TAIARIOL, LOPEZ,
MORIN, ROGGY, RHODES, HELIKSON,
AND ASBAN


SAYURI K. SHARPER (S.B. #232331)
PRO BONO PROJECT SILICON VALLEY
480 N. First Street
San Jose, CA 95112
Telephone:  (408) 998-5298
Facsimile:  (408) 971-9672

Attorney for Plaintiff Gary H. Kidgell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY H. KIDGELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | No.: C 08-03396 JW<br>**ORDER APPROVING STIPULATION AND REQUEST FOR ORDER ALLOWING DEFENDANTS TO ISSUE THIRD PARTY SUBPOENA FOR CERTAIN RECORDS**<br><br>[Re:  Docket No. 164] |

　　　　Plaintiff Gary H. Kidgell ("Plaintiff") and Defendants Sergeants Joseph Lopez and Michael Morin, and Officers Elmer Wheeler, Jon Quiro, Andrew Cunningham, Anthony Taiariol, Michael Roggy, Lynda Rhodes, Myrna Helikson, and Michelle Asban ("Defendants") respectfully submit this stipulated Request for Order Allowing Defendants to issue a third party subpoena for

1  certain records for the following reasons:

2      1.    The last day for fact discovery in this matter was January 8, 2010.

3      2.    Prior to close of discovery, Defendants had requested and obtained copies of the x-rays that were taken of Plaintiff Gary Kidgell's right wrist on January 2, 2008 at the Kaiser Santa Clara Hospital related to his alleged injuries in this matter. Defendants, however, have misplaced their copies and would like to obtain new copies in preparation for trial. (Declaration of Neysa Fligor in support of Stipulation and Request for Order Allowing Defendants to issue a Third Party Subpoena, ¶ 2.)

9      3.    The parties have agreed to allow Defendants to issue a third party subpoena to Kaiser Santa Clara Hospital to obtain new copies of the subject x-ray.

11     4.    Therefore, the parties ask the Court to issue an order allowing Defendants to issue a third party subpoena to Kaiser Santa Clara Hospital requesting copies of the subject x-ray.

Dated: April 5, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By:     /S/    .
NEYSA A. FLIGOR
Deputy County Counsel

Attorneys for Defendants
OFFICERS WHEELER, QUIRO, CUNNINGHAM, TAIARIOL, LOPEZ, MORIN, ROGGY, RHODES, HELIKSON, AND ASBAN

Dated: April 5, 2011

PRO BONO PROJECT SILCON VALLEY

By:   /S/ Sayuri K. Sharper  .
SAYURI K. SHAPRER

Attorney for Plaintiff
GARY H. KIDGELL

/ / /
/ / /

**ORDER**

Pursuant to the above stated stipulation by the parties, Defendants may issue a third party subpoena to Kaiser Santa Clara Hospital requesting copies of the subject x-ray.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 13, 2011

~~THE HONORABLE JAMES WARE~~
United States ~~District Court~~ Judge
Magistrate
Howard R. Lloyd