IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY H. KIDGELL, | CASE NO. 5:08-cv-03396 EJD |
| Plaintiff(s), | **ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5(d)** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | [Docket Item No. 214] |
| Defendant(s). | |

Presently before the court is Plaintiff Gary H. Kidgell's ("Plaintiff") administrative motion to file under seal certain documents previously designated by Defendants as confidential. See Docket Item No. 214.

Civil Local Rule 79-5(d) states:

> If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule. If only a portion of the document, memorandum or other filing is sealable, the submitting party must also lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order. *Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.* If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

1

1  Plaintiff's administrative motion was filed on March 7, 2012. From that date, Defendants'
2  declaration pursuant to Civil Local Rule 79-5 should have been filed on or before March 14, 2012.
3  See Fed. R. Civ. P. 6; see also Civ. L.R. 1-5(c). To date no such declaration has been filed.
4  Accordingly, the court extends the deadline for Defendants to file a declaration pursuant to
5  Civil Local Rule 79-5 until **Friday, March 16, 2012, at 4:00 p.m.** Defendants are notified that
6  failure to file a compliant declaration by the extended deadline will result in an order denying
7  Plaintiff's administrative motion and directing Plaintiff to file all documents as part of the public
8  record, even those previously designated as confidential.

9  **IT IS SO ORDERED.**

11 Dated: March 15, 2012



EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:08-cv-03396 EJD
ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5