MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
OFFICERS WHEELER, QUIRO, CUNNINGHAM, TAIARIOL, LOPEZ, MORIN, ROGGY, RHODES, HELIKSON, AND ASBAN

SAYURI K. SHARPER (S.B. #232331)
PRO BONO PROJECT SILICON VALLEY
480 N. First Street
San Jose, CA 95112
Telephone:  (408) 998-5298
Facsimile:  (408) 971-9672

Attorney for Plaintiff Gary H. Kidgell

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/13/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY H. KIDGELL,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No.: C 08-03396 EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSALS OF OFFICERS ASBAN, ROGGY, RHODES, AND HELICKSON** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gary H. Kidgell and Defendant Officers Michelle Asban, Michael Roggy, Lynda Rhodes, and Myrna Helikson that these defendants are voluntarily dismissed with prejudice from the above-entitled action.  These dismissals are made pursuant to Federal Rules of Civil Procedure 41(a)(1).

1  Dated:  April 13, 2012

Respectfully submitted,

MIGUEL MÁRQUEZ
Acting County Counsel

By: _____/S/_____.
DAVID M. ROLLO, Deputy County Counsel

Attorneys for Defendants
OFFICERS WHEELER, QUIRO, CUNNINGHAM, TAIARIOL, LOPEZ, MORIN, ROGGY, RHODES, HELIKSON, AND ASBAN

10  Dated:  April 13, 2012                    PRO BONO PROJECT SILICON VALLEY

11                                  By:   ___/s/  Sayuri K. Sharper___.

12                                        SAYURI K. SHARPER
                                          Attorney for Plaintiff Gary H. Kidgell

Stipulation of Voluntary Dismissals of
Officers Asban, Roggy, Rhodes, and Helickson            2                         C 08-03396 EJD